IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAMON JOHNSON : | |
|     Plaintiff, | |
| v. : | |
| THE CITY OF PHILADELPHIA; PAUL SULOCK, *(PPD) Shield #5244*; JEFFREY STAUFFER, *(PPD) Shield #6910*; RANDALL FAWARD, *(PPD Shield #813*; WENGER, *Shield #6472*; SLATER, *Shield #3687*; LAYTON, *Shield #4120*; GUINAN *Shield #2781*; and, SGT. ABLAZA *(PPD) Shield #8696* : | CIVIL ACTION NO. 18-300 |
|     Defendants. | |

**ORDER**

AND NOW, this 17th day of January, 2019, upon consideration of Defendant City of Philadelphia's Motion to Dismiss (ECF No. 10) and Plaintiff's Response thereto (ECF No. 16), it is hereby ORDERED that said Motion is GRANTED in accordance with this Court's accompanying Memorandum.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. Darnell Jones, II   J.